UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.** |
| | : | Magistrate No. 06-367M |
| **KIMBERLY FORD,** | : | |
| | : | **VIOLATION: 18 U.S.C. § 2314** |
| Defendant. | : | **(Interstate Transportation of Stolen** |
| | : | **or Fraudulently Obtained Property)** |

### I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE

### INTRODUCTION

At times material to this Information:

　l. From September 2001 through March 2005, defendant KIMBERLY FORD (FORD) was employed as an office coordinator for Alfano-Leonardo Communications, LLC ("Alfano-Leonardo Communications"), a political communications firm located at 660 Pennsylvania Ave., SE, Suite 404, Washington, D.C. As a result of her employment with Alfano-Leonardo Communications, defendant FORD had access to the company's credit cards, checks, and check ledgers.

　2. Alfano-Leonardo Communications maintained a bank account at CitiBank in Washington, D.C. Only the principals of Alfano-Leonardo Communications, Matt Leonardo and Kim Alfano-Doyle, had signature authority over the accounts.

　3. From in or about October 2003, continuing through March 2005, KIMBERLY FORD devised and participated in a continuing course of conduct through which she stole funds from an Alfano-Leonardo Communications bank account at Citibank. During this period, without the

authorization of either Matt Leonardo or Kim Alfano-Doyle, FORD issued approximately $43,027.15 in checks from these accounts made payable to herself.

4. In order to conceal her activities, FORD falsely indicated on the company's check ledger that the checks were made payable to certain vendors of Alfano-Leonardo Communications.

### Interstate Transportation of Stolen or Fraudulently Obtained Property

5. On or between about September 13, 2004, and October 6, 2004, defendant KIMBERLY FORD did cause to be transported, transmitted and transferred in interstate commerce, from the District of Columbia to the State of Ohio for clearing and processing by Citibank, securities and money, to wit, checks no. 585, 589, 602, and 642 in the aggregate amount of $5,753.61, drawn on the fund account of Alfano-Leonardo Communications and made payable to KIMBERLY FORD, knowing said checks to have been stolen, converted and taken by fraud.

**(Interstate Transportation of Stolen or Fraudulently Obtained Property, in violation of Title 18, United States Code, Section 2314)**.

            JEFFREY A. TAYLOR
            UNITED STATES ATTORNEY
            D.C. Bar #498610

By: _____
       SHERRI L. SCHORNSTEIN
       Assistant United States Attorney
       Fraud & Public Corruption Section
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 514-6956
       D.C. Bar # 415219