**United States District Court for the District of Columbia**

**FILED**

**OCT 2 0 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**KIMBERLY FORD**

WAIVER OF INDICTMENT

CASE NUMBER: **06-302**

I, **KIMBERLY FORD** the above named defendant, who is accused of

**18USC 2314; Interstate Transportation of Stolen or Fraudulently Obtained Property**

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on **October 20, 2006** prosecution by indictment and consent that the proceeding may be by Superseding Information rather than by Indictment.

_Kimberly M. Ford_
Defendant

_Rita Bosworth_
Counsel for Defendant

_Royce C. Lamberth_
Judge Royce C. Lamberth
United States District Court