FILED
OCT 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 06-302 |
| KIMBERLY FORD, | : |
| Defendant. | : |

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J.  10/20/06*

### STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant KIMBERLY FORD agrees and stipulates as follows:

1. From September 2001 through March 2005, KIMBERLY FORD (FORD) was employed as an office coordinator for Alfano-Leonardo Communications, LLC ("Alfano-Leonardo Communications"), a District of Columbia based political communications firm. As a result of her employment with Alfano-Leonardo Communications, defendant FORD had access to the company's credit cards, checks, and check ledgers.

2. Alfano-Leonardo Communications maintained a bank account at CitiBank in Washington, D.C. Only the principals of Alfano-Leonardo Communications, Matt Leonardo and Kim Alfano-Doyle, had signature authority over the accounts.

3. In addition, Alfano-Leonardo Communications maintained credit card accounts with American Express and MBNA. KIMBERLY FORD was not authorized to use these credit cards without the consent of the principals of Alfano-Leonardo Communications.

4. From in or about October 2003, continuing through March 2005, KIMBERLY FORD devised and participated in a continuing course of conduct through which she stole funds from an Alfano-Leonardo Communications bank account at Citibank. During this period, without the authorization of either Matt Leonardo or Kim Alfano-Doyle, FORD issued approximately $43,027.15 in checks from these accounts made payable to herself.

5. In order to conceal her activities, FORD falsely indicated on the company's check ledger that the checks were made payable to certain vendors of Alfano-Leonardo Communications.

6. In addition, from in or about June 2002, continuing through November 2004, KIMBERLY FORD devised and participated in a continuing course of conduct through which she stole funds from Alfano-Leonardo Communications by fraudulently using the company's credit card accounts with American Express and MBNA to pay her personal expenses without the knowledge or consent of the principals of Alfano-Leonardo Communications. During this period, FORD used the Alfano-Leonardo Communications credit cards to pay personal expenses in the amount of approximately $17,277.02.

7. On or between about September 13, 2004, and October 6, 2004, defendant KIMBERLY FORD did cause to be transported, transmitted and transferred in interstate commerce, from the District of Columbia to the State of Ohio for clearing and processing by Citibank, securities and money, to wit, checks no. 585, 589, 602, and 642 in the aggregate amount of $5,753.61, drawn on the fund account of Alfano-Leonardo Communications and made payable to KIMBERLY FORD, knowing said checks to have been stolen, converted and taken by fraud.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                UNITED STATES ATTORNEY
                D.C. Bar #498610

By: _____
      SHERRI L. SCHORNSTEIN
      Assistant U.S. Attorney
      D.C. Bar #415219
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 514-6956

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 10-20-06          _____
                                 Kimberly Ford
                                 Defendant

I have discussed this Statement of Offense with my client, Ms. Ford. I concur with her decision to stipulate to this Statement of Offense.

Date: 10/20/06          _____
                                 Rita Bosworth, Esq.
                                 Attorney for the Defendant