HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-302</u> |
| --- | --- | --- |
| vs. | : | SSN: _____ |
| FORD, Kimberly | : | Disclosure Date: <u>December 7, 2006</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                                              **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Kimberly Ford*  12-21-06          *Rita Bosworth*  12/21/06
**Defendant**           **Date**          **Defense Counsel**           **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **December 21, 2006**, to U.S. Probation Officer **Sherry Brandon**, telephone number **(202) 565-1327**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Acting Chief
      United States Probation Officer

**Receipt and Acknowledgment**          Page 2

Page 2: Ms. Ford's sex is female, not male

"Kim" is not an alias, it is a short version of Ms. Ford's full name, Kimberly. We object to its characterization as an alias.

Page 6: ¶29 - Mr. Canter is 26, not 25

¶30 - Camrin Ford is a girl, not a boy

Page 7: ¶31 - Alexis Ford is a girl, not a boy

Page 8: ¶38 - Ms. Ford had a c-section in 1999, not 1990

Page 9: ¶50 - Ms. Ford is not a cashier at Target, she is a Flow Team Member, which means she stocks the shelves at night.

Signed by: _Rita Bosworth_
(Defendant/Defense Attorney/AUSA)

Date: 12/21/06